IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TIFFANY SHANTRESE INGRAM,** | : | |
| | : | |
|    **Plaintiff,** | : | |
| | : | |
|    v. | : | Civil Action No. |
| | : | 5:08-CV-32(HL) |
| **HANCOCK COUNTY SHERIFF'S** | : | |
| **DEPARTMENT, et al.,** | : | |
| | : | |
|    **Defendants.** | : | |
| | : | |

### ORDER

Defendant Donald Strother has filed a Notice of Bankruptcy (Doc. 59), informing the Court that he has filed a petition for bankruptcy under Chapter 13. Pursuant to 11 U.S.C. § 362(a)(1), the case against Defendant Strother is stayed.

**SO ORDERED**, this the   2nd   day of January, 2009

                                               **s/Hugh Lawson**
                                               **HUGH LAWSON, Judge**

dhc