IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TIFFANY SHANTRESE INGRAM** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 5:08-CV-32-HL |
| **DONALD STROTHER, et al.** : | |
| : | |
| Defendants. : | |
| : | |

# ORDER

The Georgia Department of Human Resources has filed a Motion to Quash Subpoena (Doc. 33). The subpoena was served on the Department by Defendant Hancock County School Board. Because the School Board has been dismissed from this action and is no longer seeking the records described in the subpoena, the Department's Motion to Quash is denied as moot.

**SO ORDERED**, this the 15th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

dhc

1