# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TIFFANY SHANTRESE INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | FILE NO. 5:08-CV-00032-HL |
| ) | |
| DONALD STROTHER, Individually and ) | |
| as Hancock County Sheriff Deputy; and ) | |
| HANCOCK COUNTY SCHOOL ) | |
| BOARD; and HANCOCK COUNTY ) | |
| SHERIFF'S DEPARTMENT; and ) | |
| HANCOCK COUNTY, ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO DISMISS FEWER THAN ALL DEFENDANTS WITH PREJUDICE

COME NOW the Parties, and, pursuant to Fed.R.Civ.P. 45, file this Consent Motion to Dismiss Fewer than all Defendants With Prejudice. In support of this Consent Motion, the Parties affirm to the Court as follows:

1.

Plaintiff Tiffany Ingram desires that an Order be entered dismissing with prejudice Defendants Hancock County Sheriff's Department, Hancock County, Georgia, as well as all official capacity claims against said Defendants.

2.

All of the Defendants consent to dismissal with prejudice of the Hancock County Sheriff's Department, Hancock County, Georgia, and all official capacity claims against these Defendants.

3.

This motion is made in good faith.

WHEREFORE, the Parties request that the Court inquire into this Consent Motion and dismiss the aforementioned Defendants with prejudice.

Respectfully submitted this \_\_\_\_ day of April, 2009.

LAW OFFIES OF WADE, MALLOY & BRADLEY, P.C.

/s/ Nathan J. Wade
Nathan J. Wade
(By GKM with express permission)
Bar No. 390947
2000 Powers Ferry Road, #110
Marietta, GA 30067
T: 770-303-0700
F: 770-303-0707
nathanwade@lawyer.com
Attorney for Plaintiff

CONSENTED TO BY:

WILLIAMS, MORRIS & BLUM, LLC

/s/ G. Kevin Morris
G. KEVIN MORRIS
Georgia Bar No. 523895

4330 South Lee Street
Bldg. 400, Suite A
Buford, Georgia 30518
678-541-0790
678-541-0789
kevin@tew-law.com
Attorney for Hancock County Sheriff's Department
 and Hancock County, Georgia

MOZLEY, FINLAYSON & LOGGINS, LLP

/s/ Lawrence B. Domenico
LAWRENCE B. DOMENICO
(By GKM with express permission)
Bar No. 003260
One Premier Plaza
5605 Glenridge Drive, Suite 900
Atlanta, Georgia 30342
404-256-0700
404-250-9355
ldomenico@mfllaw.com
Attorney for Defendant Donald Strother

BROCK, CLAY, CALHOUN & ROGERS, P.C.

/s/ Randall C. Farmer
RANDALL C. FARMER
(By GKM with express permission)
Georgia Bar No. 255345
Brock, Clay, Calhoun & Rogers, P.C.
49 Atlanta Street
Marietta, GA 30060
T:  770-422-1776
F: 770-426-6155
rfarmer@brockclay.com
Attorney for Defendant Hancock County School Board

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing CONSENT MOTION TO DISMISS WITH PREJUDICE upon all parties by electronic filing through the CM/ECF system in accordance with the United States District Court rules to:

Nathan J. Wade
Law Offices of Wade, Malloy & Bradley, P.C.
2000 Powers Ferry Road, Suite 110
Marietta, Georgia 30067

Randall C. Farmer
Brock, Clay, Calhoun & Rogers, P.C.
49 Atlanta Street
Marietta, GA 30060

Jessica B. Couch
Lawrence B. Domenico
Mozley, Finlayson & Loggins, LLP
One Premier Plaza
5605 Glenridge Drive, Suite 900
Atlanta, GA 30342

Mike L. Dishman
McLocklin, Murphy & Dishman, LLP
P. O. Box 766
Winder, GA 30680

This ___ day of April, 2009.

/s/ G. Kevin Morris
G. KEVIN MORRIS