IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TIFFANY SHANTRESE INGRAM,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. |
| : | 5:08-CV-32(HL) |
| **HANCOCK COUNTY SHERIFF'S** : | |
| **DEPARTMENT, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

On Plaintiff's Motion, this Court on May 4, 2009, dismissed Defendants Hancock County Sheriff's Department and Hancock County, Georgia. As a result, the Motion for Summary Judgment (Doc. 42) filed by these Defendants is denied as moot.

**SO ORDERED**, this the 11th day of May, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc